IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

1

2   JOSE L. TORRES PEÑALBERT,          '
                                       '
3        Plaintiff,                    '
                                       '
4        v.                            '    CIVIL NO. 98-2424 (RLA)
                                       '
5   XYZ, INC. d/b/a MENONITA           '
    GENERAL HOSPITAL, et al.,          '
6                                      '
         Defendants.                   '
7                                      '
                                       '
8   _____   '

9        **MINUTES OF INITIAL SCHEDULING CONFERENCE**
         **HELD ON OCTOBER 6, 1999**
10       **SCHEDULING HEARING ON DIVERSITY JURISDICTION AND**
         **FURTHER STATUS CONFERENCE**
11

12

13       At the INITIAL SCHEDULING CONFERENCE held on October 6, 1999

    from 11:00 a.m. to 1:00 p.m. plaintiff was represented by ELISA
14
    FIGUEROA, ESQ. and defendants were represented as follows:
15
         AIICO & HOSP. MENONITA    - JOSE A. IGUINA, ESQ.
16
         DR. RAMON FIGUEROA &      - ANSELMO IRIZARRY, ESQ.
17       TRIPLE S

18       DR. JORGE CALDERON        - IVAN DOMINGUEZ, ESQ.

19       SIMED as insurer for      - GILDA CRUZ-MARTINO, ESQ.
         DR. REINALDO CLAUDIO
20
         DR. EDGARDO APONTE        - VICKY ACOSTA, ESQ.
21
22                          **THE PARTIES**

23                     **Dr. Claudio & SIMED**

         Neither DR. CLAUDIO nor SIMED, as insurer for DR. CALDERON have
25
    been served with process in this action.    Accordingly, unless
26

AO 72
(Rev 8/82)



CIVIL NO. 98-2424  (RLA)                                      Page 2

plaintiff serves these codefendants with process **on or before**
**October 25, 1999** and files the executed summons returned **on or**
**before November 10, 1999** the claims asserted against these
codefendants shall be dismissed. Plaintiffs are further ORDERED to
serve copy of these minutes along with process upon the
aforementioned defendants.

### Reliance

Counsel for HOSPITAL MENONITA identified RELIANCE as its excess
insurer. Plaintiffs' Motion to Amend Complaint, filed on October
7, 1999 (docket No. 50) is **GRANTED**. It is further ORDERED that
unless plaintiffs serve RELIANCE with process **on or before October**
**25, 1999** and file the executed summons returned **on or before**
**November 10, 1999** the claims asserted against the excess insurer
shall be dismissed. Plaintiff are further ORDERED to serve copy of
these minutes along with process upon the excess insurer.

### Spouses & Unknown Defendants

The claims asserted in the amended complaint against the
spouses of the individual defendants as well as the unknown
defendants are **DISMISSED**. Judgment shall be entered accordingly.

### Hospital Employees/Independent Contractors

Counsel for AIICO/HOSPITAL MENONITA will identify **on or before**
**November 10, 1999** which defendants were hospital employees and which
were independent contractors at the time of the events giving rise

CIVIL NO. 98-2424   (RLA)                                      Page 3

to this litigation.  Any cross-claims and/or third party complaints shall also be filed by this same deadline.

### HEARING ON DIVERSITY JURISDICTION

Defendants allege that based on plaintiff's testimony during the taking of his deposition in July 1999 there is no diversity jurisdiction in this action.  They claim plaintiff's move to Massachuset was temporary and prompted by his desire to receive medical treatment.  Counsel for plaintiff argued otherwise.

Accordingly, a hearing to receive evidence on plaintiff's intention to change his domicile at the time this case was filed was set for **January 14, 2000 at 10:00 a.m.**

### MISCELLANEOUS

It appearing that some of the attorneys do not have copy of plaintiff's deposition taken in July 1999, copies of the transcript shall be provided **on or before October 13, 1999** as follows.

1.    GILDA  CRUZ  MARTINO,  ESQ.  shall  furnish  copies  to: attorneys FIGUEROA, DOMINGUEZ and ACOSTA; and

2.    ANSELMO IRIZARRY, ESQ. shall furnish copy to counsel for AIICO/HOSPITAL MENONITA.    Defendants conceded that the time bar defense is no longer apposite in light of the evidence available in the record.

The parties indicated that a hearing had been held in the local parallel proceedings in August 1999 to coordinate discovery.  A

CIVIL NO. 98-2424   (RLA)                                        Page 4

pretrial conference has been scheduled in that case for February 10,

2000.   Only plaintiff's deposition and written discovery has been

conducted thus far in state court.   Some confusion has arisen

because even though the same defendants appear named in the local

court, not all have been served with process and some are

represented by different counsel from those appearing in this forum.

DR. CLAUDIO, represented by RITA VELEZ, ESQ. has appeared in those

proceedings.  However, neither his insurer, SIMED, nor DR. CALDERON,

who have appeared in this case have been served in state court.

### WRITTEN DISCOVERY

    The interrogatories served upon SIMED, as insurer for DR.

CLAUDIO, have gone unanswered.  Attorney CRUZ-MARTINO explained that

she could only respond on behalf of the insurer and not on behalf

of the insured who has yet to be served with process in the federal

case. Accordingly, copy of the interrogatories shall be served upon

DR. CLAUDIO together with the summons in this action.

    It further appearing that DR. APONTE recently appeared in this

case his counsel must be furnished with all prior written discovery

exchanged by the parties thus far in this action.   Accordingly,

counsel for plaintiffs shall furnish VICKY ACOSTA-RAMIREZ, ESQ. with

copy of the following written discovery **on or before October 13,**

**1999:**

AO 72
(Rev 8/82)

1.   Responses to plaintiffs' interrogatories regarding the facts and expert witnesses by DR. CALDERON;

2.   Responses to plaintiffs' interrogatories and requests for admissions by SIMED as insurer for DR. CLAUDIO;

3.   Responses to plaintiffs' interrogatories by DR. FIGUEROA and TRIPLE S.

4.   Plaintiffs' responses to the written discovery propounded by DR. FIGUEROA; and

5.   Plaintiffs' responses to the written discovery propounded by SIMED as insurer for DR. CLAUDIO.

AIICO/HOSPITAL MENONITA shall respond **no later than November 10, 1999** to the interrogatories propounded by plaintiffs on July 29, 1999.

AIICO/HOSPITAL MENONITA and DR. APONTE shall propound all written discovery **no later than November 15, 1999.**

Plaintiffs shall serve defendants with requests for admissions **no later than November 15, 1999**

Counsel for DR. FIGUEROA requested copy of plaintiff's medical records subsequent to the taking of his deposition in July 1999 at which time plaintiff indicated that further surgery had been programmed. Counsel for plaintiff advised that it was her understanding that the surgery had been canceled. A discussion ensued regarding who was responsible for production of these

records.  Counsel for plaintiff will procure the documents from DR.
SHUB and if not available, will request copy from the Baystate
Medical Center in Massachusetts.  Attorney FIGUEROA will advise the
court, in writing, **no later than October 13, 1999** of the status of
this production.

Defendants are also interested in copy of plaintiff's
application for social security disability benefits which apparently
has been denied.  ANSELMO IRIZARRY, ESQ. indicated that MR. FUERTES-
ROMEU, counsel for plaintiffs in the local case, had furnished RITA
VELEZ, ESQ. with written authorization to secure copy of the social
security records.  MR. IRIZARRY shall file an informative motion
with the Court, **no later than October 13, 1999** advising the status
of the social security documentation.

### DEPOSITIONS

Counsel for DR. FIGUEROA indicated that he wishes to take the
deposition of plaintiff's mother and two (2) sisters.  Both the
mother and the younger sister have moved with plaintiff and are
currently residing in Massachusetts.  Counsel indicated, however,
that it would be more efficient to take these depositions after the
jurisdictional issue had been resolved unless they testify at the
hearing regarding plaintiff's domicile.

CIVIL NO. 98-2424   (RLA)                                    Page 7

Accordingly, plaintiffs shall file a motion, **no later than November 1, 1999,** identifying all witnesses expected to testify on plaintiff's behalf at the diversity jurisdiction hearing.

In the event that plaintiff's mother and/or sisters are listed as witnesses for the jurisdictional hearing, their depositions shall be taken on **December 27, 1999** commencing at **10:00 a.m.** Otherwise, the depositions will be taken on **January 10, 2000** commencing at **10:00 a.m.** These depositions will be taken at the office of ELISA FIGUEROA, ESQ.

Counsel for plaintiffs indicated that she was not planning on taking defendants' depositions but would rather seek the pertinent information from the records and expert reports.

The parties do not foresee any additional fact witnesses at this time.

**EXPERT WITNESSES**

Plaintiffs have announced the following expert witnesses:

1.  DR. SOLTERO HARRINGTON - pediatric surgery and cardiovascular surgery

2.  DR. LEONEL SHUB - ER medicine

3.  DR. VICTOR LlADO - psychiatrist

4.  FRANCISCO MARTINEZ - economist

Plaintiff was already evaluated by DR. LlADO. Only the reports for DR. LlADO and MR. MARTINEZ are pending which shall be produced

no later than November 10, 1999 together with their deposition fees.
Defendants will share the experts' discovery expenses.  Counsel for
DR. APONTE cautioned that her client had limited resources and did
not have insurance coverage for the period at issue.

The depositions of plaintiffs' experts were scheduled as
follows:

1.  DR. SOLTERO HARRINGTON  - November 22, 1999 commencing
at 10:00 a.m. at the office of
ELISA FIGUEROA, ESQ.

2.  DR. SHUB  - December 28, 1999 commencing
at 10:00 a.m. at the office of
ELISA FIGUEROA, ESQ.

3.  FRANCISCO MARTINEZ  - February 1, 2000 commencing at
10:00 a.m. at the office of
ANSELMO IRIZARRY, ESQ.

4.  DR. LlADO  - February 1, 2000 commencing at
2:30 p.m. at the office of
ANSELMO IRIZARRY, ESQ.

The depositions of MR. MARTINEZ and DR. LlADO will be
contingent on written confirmation by the defendants on or before
January 21, 2000.

DR. FIGUEROA announced DR. REYNOLD LOPEZ ENRIQUEZ, a surgeon,
as an expert witness.  DR. LOPEZ will provide a preliminary report

**CIVIL NO. 98-2424   (RLA)**                                      **Page 9**

1
2  **on or before November 10, 1999** together with his deposition fees.

3  The report will be subject to supplementation (1) in the event that

4  the physician needs to evaluate plaintiff and (2) dependent on the

5  information provided by DR. SOLTERO HARRINGTON and DR. SHUB in their

6  depositions.

7      Defendants shall identify any additional experts **no later than**

8  **February 10, 2000.**

9                          **FURTHER STATUS CONFERENCE**

10     A FURTHER STATUS CONFERENCE will be held on **January 21, 2000**

11  **at 11:00 a.m.**   The parties shall contact the chambers of the

12  undesigned to verify where the Conference will be held.

13     IT IS SO ORDERED.

14     San Juan, Puerto Rico, this 8th day of October, 1999.

15
16
17                              RAYMOND L. ACOSTA
18                          United States District Judge
19
20
21
22
23
24
25
26

AO 72
(Rev 8/82)

**CIVIL NO. 98-2424    (RLA)**                                              **Page 10**

1
                            **SUMMARY OF DEADLINES AND SETTINGS**
2

3       **10/13/99**        Deadline   for   attorney   CRUZ-MARTINO   to   provide
                            counsel   with   copy   of   plaintiff's   deposition
4                           transcript.

5       **10/13/99**        Deadline for plaintiffs' counsel to furnish counsel
                            for   DR.   APONTE   copy   of   all   written   discovery
6                           responses to date.

7       **10/13/99**        Deadline for plaintiffs to inform status of medical
                            records subsequent to 7/99.
8

        **10/13/99**        Deadline for attorney IRIZARRY to advise status of
9                           records of social security disability benefits.

10      **10/25/99**        Deadline for serving DR. CLAUDIO, SIMED, as insurer
                            for DR. CALDERON and RELIANCE with (1) process, (2)
11                          minutes   of   ISC   and   (3)   interrogatories   to   DR.
                            CLAUDIO.
12

13      **11/1/99**         Deadline   for   plaintiffs   to   identify   witnesses
                            expected   to   testify   at   hearing   on   diversity
14                          jurisdiction.

15      **11/10/99**        Deadline for filing executed summons returned upon
                            DR. CLAUDIO, SIMED, as insurer for DR. CALDERON, and
16                          RELIANCE.

17      **11/10/99**        Deadline   for   AIICO/HOSP.   MENONITA   to   identify
                            employees and independent contractors.
18

19      **11/10/99**        Deadline   for   AIICO/HOSP.   MENONITA   to   file   cross-
                            claims and/or third-party claims.
20

        **11/10/99**        Deadline   for   AIICO/HOSP.   MENONITA   to   respond   to
21                          plaintiffs' interrogatories propounded on 7/29/99.

22      **11/10/99**        Deadline for production of reports and deposition
                            fees of DR. LlADO and MR. MARTINEZ.
23

        **11/10/99**        Deadline for production of preliminary report and
24                          deposition fees of DR. REYNOLD LOPEZ.

25

26

CIVIL NO. 98-2424   (RLA)                                    **Page 11**

1
2        **11/15/99**      Deadline for AIICO/HOSP. MENONITA and DR. APONTE to
                           propound written discovery.

3        **11/15/99**      Deadline for plaintiffs to propound requests for
4                          admissions.

5        **11/22/99**      Deposition of DR. SOLTERO HARRINGTON at **10:00 a.m.**

6        **12/27/99**      Deposition of plaintiff's mother and/or sisters if
                           identified as witnesses for hearing on diversity
7                          jurisdiction.

8        **12/28/99**      Deposition of DR. SCHUB at **10:00 a.m.**

9        **1/10/2000**     Depositions of plaintiff's mother and/or sisters
                           commencing at **10:00 a.m.**
10

11       **1/14/2000**     HEARING on diversity jurisdiction at **10:00 a.m.**

12       **1/21/2000**     FURTHER STATUS CONFERENCE at **11:00 a.m.**

13       **1/21/2000**     Deadline for written confirmation of depositions of
                           MR. MARTINEZ and DR. LlADO.
14
         **2/1/2000**      Deposition of MR. MARTINEZ at **10:00 a.m.**
15
         **2/1/2000**      Deposition of DR. LlADO at **2:30 p.m.**
16
17       **2/10/2000**     Deadline for defendants to identify expert
                           witnesses.

18

19

20

21

22

23

24

25

26

AO 72
(Rev 8/82)