IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE L. TORRES PEÑALBERT,

    Plaintiff,

v.                                    CIVIL NO. 98-2424 (RLA)

XYZ, INC. d/b/a MENONITA
GENERAL HOSPITAL, et al.,

    Defendants.

**PARTIAL JUDGMENT
DISMISSING UNKNOWN DEFENDANTS**

    The Court having dismissed the spouses of the individual defendants as well as the unknown defendants listed in the amended complaint through its Order issued on this date,

    ORDERED AND ADJUDGED that the spouses of the individual defendants as well as the unknown defendants listed in the amended complaint be and the same are hereby **DISMISSED**.

    IT IS SO ORDERED.

    San Juan, Puerto Rico, this 8th day of October, 1999.

                              RAYMOND L. ACOSTA
                              United States District Judge