IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE L. TORRES PEÑALBERT,

    Plaintiff,

v.                              CIVIL NO. 98-2424 (RLA)

XYZ, INC. d/b/a MENONITA
GENERAL HOSPITAL, et al.,

    Defendants.

### ORDER FOR PAYMENT OF ABORTED DEPOSITION FEES

The Court finds that inasmuch as SIMED, as insurer for DR. CLAUDIO, was responsible for the belated cancellation of DR. SHUB's deposition,[1] codefendant is liable for the expert's deposition fees.

Accordingly, plaintiffs' Request for Payment of Expert Fees, filed on October 1, 1999 (docket No. **49**) is **GRANTED**. SIMED shall issue a check payable to DR. SHUB in the amount of **$500.00** and deliver it to plaintiffs' counsel **on or before November 30, 1999**.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 8th day of October, 1999.

RAYMOND L. ACOSTA
United States District Judge

---

[1] The deposition date had been previously agreed upon by all counsel of record in this case.