UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 NOV -4 PM 1:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P R

JOSE L. TORRES PEÑALVERT

V.                                    CIVIL NO. 98-2424 (RLA)

XYZ INC., d/b/a MENONITA
GENERAL HOSPITAL

O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 10/28/99   **Docket # 58**<br><br>[X] **Dft.** DR. RAMON L. FIGUEROA RIVERA & his insurer SEGUROS TRIPLE S<br><br>**Title:** INFORMATIVE MOTION [re: plaintiff's authorization for release of social security records] | NOTED. ELISA FIGUEROA, ESQ. shall ensure that the pertinent release is provided to RITA VELEZ, ESQ. **no later than November 15, 1999** and shall so certify to the Court **no later than November 22, 1999.**<br><br>MS. FIGUEROA is admonished that failure to comply shall result in the imposition of sanctions including but not limited to sanctions against her personally.<br><br>This Order shall be notified by **fax** and mail. |

November   3, 1999                RAYMOND L. ACOSTA
       **Date**                    U.S. District Judge

Rec'd:          EOD:

By:           # 61