UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 NOV 18 AM 8 17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

JOSE L. TORRES PEÑALVERT

V.  CIVIL NO. 98-2424 (RLA)

XYZ INC., d/b/a MENONITA
GENERAL HOSPITAL

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 11/8/99   Docket # 62 | GRANTED until December 6, 1999. |
| [X] **Dft.** RELIANCE NAT. INS. CO. | |
| **Title:** MOTION REQUESTING EXTENSION OF TIME TO ANSWER COMPLAINT | |

November 14, 1999
**Date**

RAYMOND L. ACOSTA
U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # 67 |