UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 NOV 29 AM 7:58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

JOSE L. TORRES PEÑALVERT

V.  CIVIL NO. 98-2424 (RLA)

XYZ INC., d/b/a MENONITA
GENERAL HOSPITAL

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 11/10/99   Docket # 64  [X] Plff.  Title: MOTION FOR EXTENSION OF TIME [TO FOR DR. MARTINEZ TO RENDER REPORT] | GRANTED until November 20, 1999. |
| Date Filed: 11/18/99   Docket # 68  [X] Plff.  Title: INFORMATIVE MOTION AND FOR LEAVE TO FILE DOCUMENTS IN SPANISH | GRANTED. |

November 24, 1999
Date

By RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:           EOD:

By:            # 71