UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 DEC -8 AM 7: 45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

JOSE L. TORRES PEÑALVERT

V.   CIVIL NO. 98-2424 (RLA)

XYZ INC., d/b/a MENONITA
GENERAL HOSPITAL

O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 11/23/99   Docket # 70<br><br>[X] **Plff.**<br><br>**Title:** INFORMATIVE MOTION [re: production of report of FRANCISCO E. MARTINEZ, economist] | NOTED. |

| MOTION | RULING |
|---|---|
| **Date Filed:** 11/29/99   Docket # 73<br><br>[X] **Dft. DR. EDGARDO APONTE**<br><br>**Title:** REQUEST FOR EXTENSION OF TIME | GRANTED until December 28, 1999 to answer the cross-claim filed by MENONITA GENERAL HOSPITAL, AIICO and RELIANCE |

December 6th, 1999   by   RAYMOND L. ACOSTA
Date                       U.S. District Judge

Rec'd:           EOD:

By:  # 74

8