UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE: JANUARY 14, 2000

BEFORE SENIOR JUDGE RAYMOND L. ACOSTA

COURTROOM DEPUTY: Lily **ALICEA**                **CASE NO. CIVIL 98-2424**

**COURT REPORTER: ZULMA RUIZ**

**COURT INTERPRETER: TOM KAVELIN**

===================================================================

JOSE L. TORRES PENALBERT                Attorneys:
                                        For Plaintiffs: ELISA
                                        FIGUEROA BAEZ

          VS
                                        For Defendant:
XYZ, INC. D/B/A MENONITA                VICKY ACOSTA RAMIREZ
GENERAL HOSPITAL                        GILDA CRUZ MARTINO
                                        IVAN DOMINGUEZ PEREZ
                                        ANSELMO IRIZARRY
                                        CARLOS MARTINEZ TEXIDOR
                                        JOSE HECTOR VIVAS

Case called for hearing on jurisdiction. Testimony for plaintiff heard. Testimony of plaintiff Jose Torres Penalbert heard. Arguments of parties heard.

Court renders its decision dismissing the complaint for lack of diversity jurisdiction.

                                        _____
                                        Lily Alicea-Courtroom Deputy

Plff's exh 1
Deft's exhs A to C both inclusive, filed.