IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE L. TORRES PEÑALBERT,

    Plaintiff,

v.                         CIVIL NO. 98-2424 (RLA)

XYZ INC. D/B/A MENONITA
GENERAL HOSPITAL, et al.,

    Defendants.

## JUDGMENT

The Court having dismissed the complaint for lack of diversity jurisdiction, it is hereby

ORDERED AND ADJUDGED that the complaint filed in this case be and the same is hereby **DISMISSED** for lack of diversity jurisdiction.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 14th day of January, 2000.

                                  RAYMOND L. ACOSTA
                                United States District Judge

ENTERED ON DOCKET 1/18/00 PURSUANT TO FRCP RULES 58 & 79

AO 72A
(Rev.8/82)