IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| JOSE L. PEÑALBERT | ] | CIVIL NO. 98-2424 (RLA) |
| Plaintiff | ] | |
| vs. | ] | DAMAGES DUE TO MEDICAL MALPRACTICE |
| XYZ INC. d/b/a MENONITA HOSPITAL, et als | ] | |
| | ] | |
| Defendants | | |

]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]

**NOTICE OF APPEAL**

TO THE HONORABLE COURT:

Plaintiff, **JOSE TORRES-PEÑALBERT**, through his undersigned attorney, hereby notifies the Court and the parties that he respectfully appeals to the United States Court of Appeals for the First Circuit in the above-captioned matter. Specifically plaintiff appeals from the January 14, 2000 dismissal in favor of defendants whereby the complaint was dismissed after an evidentiary hearing for diversity purposes. The judgment was entered on docket on January 18, 2000, pursuant to FRCP Rules 58 and 79 a.

In San Juan, Puerto Rico, this 8 day of February, 2000.

**I HEREBY CERTIFY** that on this same date a true and exact copy of the preceeding motion has been sent to: José A. Iguina de la Rosa, Esq., P.O. Box 9028, Ponce, PR 00732; Anselmo Irizarry, Esq., P.O. Box 335060, Ponce, PR 00733-5060;

Iván Domínguez, Esq., El Monte Mall, Suite 22, 652 Muñoz Rivera Avenue, Hato Rey, PR 00918; Gilda del C. Cruz Martinó, Esq., P.O. Box 191836, San Juan, PR 00919-1836; Vicky Acosta Ramírez, P.O. Box 414, Barranquitas, PR 00794; José Héctor Vivas, P.O. Box 330951, Ponce, PR 00733-0951.

**RESPECTFULLY SUBMITTED.**

**LAW OFFICES SIGRID LOPEZ-GONZALEZ**
P.O. Box 195233
San Juan, PR 00919-5233
Tel. (787) 758-4400
Fax. (787) 763-0144

ELISA M. FIGUEROA BAEZ
USDC-PR 206908

nfo